# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JAMAL SHALAN, | ) | CASE NO. 1:17-CV-01777-SL |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION OF DISMISSAL WITH** |
| THE METROHEALTH SYSTEM, | ) | **PREJUDICE** |
| | ) | |
| Defendant. | ) | |

Plaintiff Jamal Shalan and The MetroHealth System, by and through counsel, hereby state that all claims between them are hereby dismissed with prejudice, each party to bear his or its own attorneys' fees and costs.

Respectfully submitted,

 /s/ *Sean H. Sobel*  
Sean H. Sobel (0086905)  
Sobel, Wade & Mapley, LLC  
2460 Fairmount Boulevard  
Suite 314  
Cleveland, Ohio 44106  
T: (216) 223-7213  
F: (216) 223-7213  
sobel@swmlawfirm.com  

*Attorney for Plaintiff*

*/s/ Anna Moore Carulas* (by email consent)  
Anna Moore Carulas (0037161)  
Roetzel & Andress, LPA  
1375 East Ninth Street  
10th Floor  
Cleveland, Ohio 44114  
(216) 623-0150  
(216) 623-0134 (fax)  
acarulas@ralaw.com  

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

The foregoing *Stipulation of Dismissal With Prejudice* was filed electronically and will be served upon the parties by the Court's customary electronic means.

/s/ *Sean H. Sobel*
SEAN H. SOBEL (0086905)

*Attorney For Plaintiff Jamal Shalan*